NUMBER 13-08-00224-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


IN RE WANDA JUNE CRENSHAW MCDANIEL


____________________________________________________________


On Petition for Writ of Mandamus

____________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez, and Vela


Per Curiam Memorandum Opinion (1)



 Relator, Wanda June Crenshaw McDaniel, filed a petition for writ of mandamus in
the above cause on April 21, 2008. The Court, having examined and fully considered the
petition for writ of mandamus, is of the opinion that relator has not shown herself entitled
to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. See Tex.
R. App. P. 52.8(a). 


 PER CURIAM



Memorandum Opinion delivered and filed

this 28th day of April, 2008.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).